# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

JS-6

| | |
|---|---|
| GREGORY WHERRY, | No. CV 24-04583-HDV (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| ROB ST. ANDRE, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Jud_e

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date: 6/9/25

HERNÁN D. VERA
United States District Judge